Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody Hagins, Esq.
Nevada Bar No. 11983
**REISMAN·SOROKAC**
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
lgarfinkel@rsnvlaw.com
jhagins@rsnvlaw.com
Attorneys for Defendant
LYFT, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY HARDISON,<br><br>Plaintiff,<br><br>vs.<br><br>PAULA ANDREA BEDOYA CASTRO, individually; LYFT, INC. dba LYFT, a Delaware Corporation; DOES 1 through 20, inclusive, ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00056-GMN-NJK<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT** |

///

///

///

///

///

///

///

///

///

IT IS HEREBY STIPULATED by and between Plaintiff, Anthony Hardison, and Defendant, Lyft, Inc., by and through their undersigned counsel that this matter be remanded to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-22-860877-C, Department 25.

DATED this 16th day of February 2023.

**CLARK LAW GROUP, PLLC**

BY: /s/ Evan K. Simonsen
C. Jared Clark, Esq.
Nevada Bar No. 13672
Evan K. Simonsen, Esq.
Nevada Bar No. 13762
6655 West Sahara Avenue, Suite A114
Las Vegas, Nevada 89146
Telephone:  702-330-3272
evan@cjclarklawgroup.com

*Attorneys for Plaintiff*
*Anthony Hardison*

DATED this 16th day of February 2023.

**REISMAN·SOROKAC**

BY: /s/ Louis E. Garfinkel
Louis E. Garfinkel, Esq
Nevada Bar No. 3416
Jody Hagins, Esq.
Nevada Bar No. 11983
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: 702-727-6258
lgarfkinel@rsnvlaw.com
jhagins@rsnvlaw.com

*Attorneys for Defendant*
*Lyft, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

February 17, 2023
DATED

Respectfully submitted by:

REISMAN SOROKAC

/s/ Louis E. Garfinkel
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No. 11983
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: 702-727-6258
lgarfinkel@rsnvlaw.com
jhagins@rsnvlaw.com

*Attorneys for Defendant Lyft, Inc.*